**FILED**

OCT - 4 2007

SEP 28 PM 2:2

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

No. C06-6913 MHP

FREDERICK M. AVILA SR.
　　　　　　　　　　PLAINTIFF.
V.
SERGEANT TURNER. ET AL.
　　　　　　　　　　DEFENDANTS.

(PROPOSED) ORDER GRANTING PLAINTIFF, A EXTENSION OF TIME TO FILE OPPOSITION MOTION.

PLAINTIFF. FREDERICK M. AVILA SR. FILED A 45 DAY EXTENSION OF TIME. TO NOVEMBER 14. 2007. TO FILE MY OPPOSITION TO DEFENDANTS DISPOSITIVE MOTION. ON GROUNDS THAT I'M PRO-SE. AND HAVE NOT BEEN ABLE TO GET TO THE PELICAN BAY STATE PRISON SHU. LAW LIBRARY TO GET HELP. BECAUSE I DO NOT READ OR WRITE THAT GOOD OR UNDERSTAND WHAT I'M SUPPOSE TO DO. AND ITS HARD TO GET HELP FROM OTHER INMATES. I AM ASKING THE COURT TO CONSIDER PLAINTIFF. REQUEST FOR EXTENSION OF TIME WITH GOOD CAUSE.

Plaintiff's request for an extension of time is granted and Plaintiff shall file his opposition

DATE: October 3, 2007
on or before November 14, 2007

THE HONORABLE MARILYN H. PATEL
UNITED STATE DISTRICT COURT JUDGE.